IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| EMILY HARRIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 18-190-CG-B |
| SAMUEL LESTER, | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction because Z.L. is not "in custody" for habeas corpus purposes.

**DONE and ORDERED** this 28th day of June, 2018

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE